JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLSTATE NORTHBROOK INDEMNITY COMPANY A/S/O CLAYTON NORCROSS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MADELLINE DAYANA FLORES DELGADO, LEONEL ALBERTO FLORES, 16 DOES 1 TO 25<br><br>　　　　Defendants.<br>------------------------------------------------<br>MADELLINE DAYANA FLORES DELGADO, LEONEL ALBERTO FLORES,<br><br>　　　　Cross-Complainants,<br><br>　　v.<br><br>EDDIS WILLIAM WATKINS; MID CY LSG; and DOES 1 through 10 inclusive,<br><br>　　　　Cross-Defendants | No. 2:24-cv-03934-SPG-MBK<br><br>**JUDGMENT ORDER FOR THE UNITED STATES** |

In accordance with the Court's Order granting the United States of America's Motion to Dismiss (ECF No. 14),

IT IS HEREBY ORDERED that judgment is entered for the United States of America. Cross-Complainants shall take nothing from this action against the United States of America. Each party is to bear their own costs, fees, and expenses.

IT IS FURTHER ORDERED that this action is remanded back to state court as to the non-federal parties only.

**IT IS SO ORDERED.**

DATED: March 6, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE